**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Barbara Steele** | : | **Case No.: 22-12239** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  Alyk L. Oflazian is no longer

counsel for Creditor and should not receive future notices in this case.


| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

22-030540_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-12239** |
| **Barbara Steele** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Barbara Steele** | : | |
| **Barbara C Steele** | : | |
| **Kenneth E. West** | : | |
| | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   Michael A. Cibik, Attorney for Barbara Steele, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

   Barbara Steele, 197 Conshohocken State Road, Bala Cynwyd, PA  19004


                                        /s/ Stephen R. Franks


22-030540_PS