United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 22-12239-DJB |
|---|---|
| [Debtor], | Chapter 13 |
| Debtor. | |

## Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant's counsel for the Debtor.

2. The Debtor filed a Chapter 13 Petition under Chapter 13 on August 19, 2022.

3. The Plan was confirmed February 1, 2023.

4. This Court previously approved Applicant's Application for Compensation for attorneys' fees incurred through May 17, 2023, and this Debtor's proceeding as further.

5. Applicant requests an award of supplemental compensation in the amount of $780.00 as attorneys' fees and reimbursement of expenses for Applicant's post-petition work, $ (3 for 1.8 attorney hours at $675.00 and 0.7 paralegal hours ($105.00) expended for work on the following services at our current rates of $375 per attorney hour and $150 per paralegal hour.)

| Work Completed | When | By Whom | Hours |
|---|---|---|---|
| Correspondence w/ Client | 08/01/2023 | Michael I. Assad (attorney) | 0.1 |
| Drafted Modified Plan, ECF No. 37 | 08/01/2023 | Michael I. Assad (attorney) | 0.5 |
| Drafted Motion to Modify Plan, ECF No. 37 | 08/01/2023 | Michael I. Assad (attorney) | 0.2 |
| Drafted Proposed Order, ECF No. 37 | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Notice and Cert., ECF No. 38-9 | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Filed Plan, Motion, Order, Notice, Cert. | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Modified Plan, ECF No. 40 | 08/28/2023 | Michael I. Assad (attorney) | 0.3 |
| Drafted Cert. of Service, ECF No. 40 | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Proposed Order, ECF No. 41 | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Filed Plan, Cert., and Proposed Order | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Supp. Fee App., ECF No. 52 | 03/05/2026 | E.J. Gruber (attorney) | 0.4 |
| Filed Supp. Fee App. | 03/05/2026 | Iesha Reid (paralegal) | 0.1 |

6. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: March 5, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com