**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 22-12239-DJB |
| Barbara Steele, | Chapter 13 |
| Debtor. | |

**Supplemental Application for Compensation by Debtor's Counsel**

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1.  Applicant is counsel for the Debtor.

2.  The Debtor filed a petition under Chapter 13 on August 6, 2022.

3.  The plan was confirmed on February 9, 2023.

4.  This Court previously approved compensation via Section 2(f) of the Chapter 13 Plan for attorney fees in the amount of $5,875.00 paid by the Debtor for pre-confirmation services.

5.  Applicant requests an award of supplemental compensation in the amount of $550.00 as listed in the modified plan that was approved on September 1, 2023, for 1.8 attorney hours ($675.00) and 0.7 paralegal hours ($105.00) expended in providing the following services (hourly rate of $375 per attorney hour and $150 per paralegal hour):

| Work Completed | When | By Whom | Hours |
|---|---|---|---|
| Correspondence with Client | 08/01/2023 | Michael I. Assad (attorney) | 0.4 |
| Drafted Modified Plan, ECF No. 36 | 08/01/2023 | Michael I. Assad (attorney) | 0.5 |
| Drafted Motion to Modify, ECF No. 37 | 08/01/2023 | Michael I. Assad (attorney) | 0.2 |
| Drafted Proposed Order, ECF No. 37 | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Notice and Cert., ECF No. 38-9 | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Filed Plan, Motion, Order, Notice, Cert. | 08/01/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Modified Plan, ECF No. 40 | 08/28/2023 | Michael I. Assad (attorney) | 0.3 |
| Drafted Cert. of Service, ECF No. 40 | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Proposed Order, ECF No. 41 | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Filed Plan, Cert., and Proposed Order | 08/28/2023 | Iesha Reid (paralegal) | 0.1 |
| Drafted Supp. Fee App., ECF No. 52 | 03/05/2026 | E.J. Gruber (attorney) | 0.4 |
| Filed Supp. Fee App. | 03/05/2026 | Iesha Reid (paralegal) | 0.1 |

6.   All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: March 5, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com