# United States Bankruptcy Court
# Eastern District of Pennsylvania

|  |  |
|---|---|
| In re:<br><br>    Barbara Steele,<br><br><br>       Debtor. | Case No. 22-12239-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on March 5, 2026, I did cause a true and correct copy of the Supplemental Application for Compensation, Notice, and Proposed Order to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Barbara Steele**
197 Conshohocken State Rd
Bala Cynwyd, PA 19004-2337
Method of Service: First Class Mail

Date: March 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com