Certificate Number: 16339-PAE-DE-041049202

Bankruptcy Case Number: 22-12239



16339-PAE-DE-041049202

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2026, at 8:14 o'clock PM EDT, Barbara Steele completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 2, 2026                          By:      /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor